156 So. 644

### E. D. JORDAN v. STATE.

#### 3 Div. 109.

Supreme Court of Alabama.
June 21, 1934.

Rehearing Denied Oct. 11, 1934.

McCord & McCord and E. G. Pilcher, all of Gadsden, and Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

KNIGHT, Justice.

Petition of E. D. Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jordan v. State, 156 So. 642.

Writ denied.

THOMAS, BOULDIN, and FOSTER, JJ., concur.